AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00446 |
| Nicholas Patrick Hendrix | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 5/25/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Nicholas Patrick Hendrix__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 05/25/2021

2021.05.25 15:59:51 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 5/25/2021, and the person was arrested on (date) 5/27/2021
at (city and state) Portland, Maine.

Date: 5/27/2021

*Arresting officer's signature*

Kristina Troxel, Special Agent
*Printed name and title*