AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-426-CKK |
| Nicholas P. Hendrix | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Appointed to represent Nicholas P. Hendrix.

Date: 07/21/2021

/s/ David Beneman
*Attorney's signature*

DAvid Beneman, Maine Bar # 3112
*Printed name and bar number*

Federal Defender
P.O. Box 595
Portland, ME 04112-0595
*Address*

David_Beneman@fd.org
*E-mail address*

(207) 387-6921
*Telephone number*

(207) 553-7017
*FAX number*