## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.1:21-cr-00426-CKK |
| | ) | |
| NICHOLAS P. HENDRIX, | ) | |
| Defendant | ) | |

### Motion For Date Change

Now comes **Nicholas Hendrix**, by counsel and asks the court to move the date for our next appearance from the currently scheduled date of April 29, 2022 to April 18, 19 or 20, 2022. Counsel seeks the change due to a date conflict on April 29. The suggested dates are earlier than the scheduled date so there is no case delay.

AUSA Karen Rochlin has no objection and is available any of the proposed alternative dates. Courtroom Deputy Ms. Patterson has informed counsel that the court has time slots available on any of the proposed dates.

Wherefore we request this motion be granted and the matter moved to a date on April 18, 19 or 20, 2022.


DATE: February 17, 2022                    /s/ *David Beneman*
                                           David Beneman
                                           Attorney for Nicholas Hendrix


David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-387-6921
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Nicholas Hendrix**, hereby certify that I have served, electronically, a copy of the **within "Motion for Date Change"** upon **Karen Rochlin**, Assistant United States Attorney, at karen.rochlin@usdoj.gov and all other counsel of record via the ECF system.

*/s/ David Beneman*
David Beneman

DATE: February 17, 2022