# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>NICHOLAS P. HENDRIX,<br><br>        Defendant | Criminal Action No. 21-426 (CKK) |

### ORDER
(June 21, 2022)

Pending before the Court is Defendant's [32] Motion to Allow Prepayment of Financial Obligation. Defendant seeks leave to prepay any restitution required at sentencing. As the Court has yet to accept any plea, it is this 21st day of June, 2022 hereby

**ORDERED**, that the [32] Motion to Allow Prepayment of Financial Obligation is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that Defendant may make payments of an anticipated financial obligation to the Court's Deposit Fund and that these payments shall be credited toward any financial obligation imposed at sentencing **contingent** upon the Court's acceptance of Defendant's expected plea of "guilty." It is further

**ORDERED**, that Defendant shall not make any payments until after the acceptance of such a plea. The Clerk of Court is directed to remit any such early payments back to Defendant.

**SO ORDERED.**

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

1