**Defendant's Exhibit 1**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | DOCKET NO.  1:21-cr-426-CKK |
| | ) | |
| NICHOLAS HENDRIX | ) | |

### HENDRIX SENTENCING EXHIBIT

1.      Letter from Nicholas Hendrix, Defendant

2       Letter from Heather Hendrix, Wife

3.      Letter from Anthony Sirois, Business Manager, UA Local 716

4.      Letter from Amy Mannette, Family Friend

5.      Letter from Mary Jollotta, Mother

6.      Letter from Troy Fogg, Friend and Co-worker

7.      Letter from Debra Harmon, Friend

8.      Letter from George P. Savage, M.D., Doctor

9.      Letter from William Wendt, II, Friend and Co-worker

10.     Letter from Betty Cook, Family Friend

11.     Letter from Denise Mercier, Family Friend

12.     Army Achievement Medal, October 11, 2006 to September 7, 2009

13.     Army Commendation Medal, April 6, 2008 to June 6, 2009

14.     Honorable Discharge, United States Army, January 28, 2014

15.     Certificate of Release from Active Duty, January 23, 2014

16.     Veteran's Affairs Summary of Benefits

**Defendant's Exhibit 1**

17.     Certificate of Pipefitter Apprenticeship, October 21, 2020

18.     Work Photos

19.     Family Photos

Dear Judge Kollar-Kotelly,

I wanted to personally write you a letter to say how sorry I am about my conduct on January 6th. I was wrong.  I have thought about this every day. I should never have joined the parade that went to the Capital Building and I should never have gone inside.  I have pled guilty because I know it was illegal.  I am ashamed and embarrassed that I did this.  Part of my shame comes from my letting group pressure suck me in.  People saying things that sound real but are not true.  That is also part of addiction.  We learn that triggers are people, places and things.  Other people try and bring you down. I fell for it and joined them. I regret it every day.

I'm a father of 5 children, I'm a husband, I'm a veteran, and I'm a pipe fitter/welder. When I'm not working, I'm always doing something with my wife and children. I'm a hard worker and I take all the hours I can to support my family. My family is my world. I can't change the past. I just want you to know that I am sorry and wish I could erase that day. I have learned from this.  I have become even closer to my wife.  I have stayed with my mental health treatment and kept my sobriety.  I want to move forward from this as a better person.

Thank you for your time,

Nicholas (Nick) Hendrix
10/28/2022

United States v. Hendrix

October 27, 2022


Dear Judge Kollar-Kotelly,


My name is Heather Hendrix. I am married to Nicholas Hendrix. We have 5 wonderful children together. We have 2 girls (ages 6 and 8)and 3 boys (ages 2, 11 and 24). To give a little background on Nicholas (Nick) he proudly served in the military from 2006 to 2009 where he was stationed in Germany. He deployed twice to Iraq and was on the front line fighting for our country. He loved serving for our country and was honorably discharged at the end of his 4 years. After serving our country he then went on to college and got his Associates Degree. After college, Nick and I got married and had children. He decided he wanted to do a trade and entered into an apprenticeship for 5 years to become a welder/pipe fitter. After completing his 5 years, he now is a journeyman pipe fitter/welder with the Pipe Fitters Union. To say Nick is a hard worker is an understatement. Nick works hard at his job and never sits around. He works 40 hours regularly and some jobs as many as 100 hours a week depending on the job he's on. He loves to provide for his family and when he's not working he's enjoying his time with his family. With the work he does for the Pipe Fitters Union, he goes onto a job that can be for a few weeks to a few months.


Unfortunately, when January 6th came he was laid off for that week waiting for the start date of his next job.  He decided he wanted to go down to DC peacefully to support the president. Nick went down to attend a rally for the day and then headed back that early evening. I do believe he was caught up in the moment when he entered that building for 90 seconds. Nick is a peaceful person. He walked in touched nothing and walked out. I wish he didn't walk in. I know if Nick could go back to January 6th and do it over again, he wouldn't go onto that property and would not enter the building. He has told me how sorry he is for going.  It eats him up inside that he broke the law.  After this was over and he saw the news and what happened that day he told me he was embarrassed and regretting being

2

part of that.  He distanced himself from the social media people who had been spreading what turned out to be lies.

Since we can't go back in time and can't change what happened, I ask to please give no jail time to him. He and I both know what happened was wrong. I know there will be some sort of punishment. He pled guilty. He has been on federal probation for 18 months now. He has taken drug test after drug test and passed. He has done the required counseling once a week. We've had pop in visits by his probation officer. Nick leaves politics alone. He is focused on his family and work. He's done everything required. Anything that has been asked of him he has done.

I am asking on behalf of myself and our children to please not give him jail time. Our children need their father and I do too. He is the provider for our family. He's a hard worker and yes he did make a mistake. I'm not saying it was a little mistake but he's been on probation for 18 months already. He is going to treatment.  He has kept his sobriety. I'm asking you to please consider probation. If Nick gets sentenced to jail, my income alone wouldn't keep a roof over our head. I wouldn't be able to afford our home or bills. The price of food and utilities has gone up so much. Again , I know Nick knows what he did is wrong and I'm not asking for no punishment. I'm just asking you to please consider no jail time so our children can keep a roof over their heads. I truly appreciate you taking your time to read my letter. Thank you for your time.


Thank you,

Heather Hendrix

3



**UA Local 716**

**Anthony (Tony) Sirois**
**Business Manager/FST**
**207-621-0555 Office**
**207-622-0365 Fax**
**asirois@uanet.org**

United Association of Journeymen
and Apprentices of the Plumbing
and Pipe Fitting Industry of the
United States and Canada AFL-CIO

September 01, 2022

**Re: United States v.Hendrix**

**To whom it may concern,**

My name is Anthony Sirois, I'm the Business Manager for UA local 716, Plumbers, Pipefitters and HVAC Techs in Augusta. Maine, which Mr. Nicholas Hendrix is a member of.

Mr. Hendrix first joined UA Local 716 on October 7th, 2015 in a 5-year apprenticeship program. Through many difficult jobs Mr. Hendrix has completed his Apprenticeship and is a Journeyman Pipefitter. Mr. Hendrix is an asset to our jobs as he is well liked by our membership and a very talented pipefitter. He takes his jobs seriously and safety is a concern of his and he looks out for his fellow workers.
Mr. Hendrix has been involved in many aspects in the Local, many times giving back in ways that are beneficial to our membership. Mr. Hendrix serves an active part in our membership meetings, in a positive way to help things move along smoothly.

I hope you will view Nicholas Hendrix the same way as I do, which is Mr. Hendrix is not a malicious person with intent for trouble, he is viewed in a positive light with our membership as well as by many of our contractors he has worked for. Nick is a person that I can count on when he says that he will do something.

Regards,

*Anthony Sirois*

Anthony Sirois
Business Manager/FST
UA Local 716

Cc:

Dear Judge Kollar-Kotelly,

  Re:  case  U.S v. Nicholas Hendrix, 1:21- cr-426-CKK


  I am writing as a lifelong family friend of Nicholas.  I have watched him since birth grow up as a good kid with many friends and family that love him.   My husband and I (and our 2 daughters -recent college graduates) consider ourselves to be stable contributive individuals with longevity in both our residence and jobs of 30+ years.   For Nick's early years I spent time with him and his mom at least twice a week.

  Despite the disadvantages of having his parents split up when Nick was a baby, and the struggles of watching his father and several family members fall down the addiction paths, he did his best to rise above it all.  For his young adult years we'd always get together at Christmastime and he was a confident contributing member of society, and I was proud of his work ethics and to his becoming of an independent individual.  He then enlisted into the military to serve his country, and everyone was proud and happy for him.

  Upon return home from the army Nick searched to find his way back into civilian life but he definitely had some unfortunate struggles that he hurdled through while trying to raise a family to whom he is very dedicated.  I was totally taken by surprise to hear of his participation in the January 6th Capital Building rally.   I feel he got caught up in his emotions and did not anticipate that his actions would become reckless.   It is out of character for him to disrespect property by trespassing and I've never seen him do this before.  I know he feels sorry for his bad slip in judgement.

  I feel Nick has learned a lot over the last 18 months about the right and wrong way to support issues he believes in, and he also understands that all actions have consequences.   I don't however think time spent in prison is going to do anything other than damage him mentally/spiritually and do damage to his innocent wife and children by him being absent from their lives during that time.   I feel probation along with justifiable restitution would be better suited punishment.

Thank you for your time.


Sincerely,


Amy Mannette

5

August 2022

I sit here today and say a Prayer for my son Nicholas Hendrix. I pray that you will go easy on his sentencing for his part on Jan 6th to the Capital Building. I pray for his wife and his children as to keep their dad hopefully out of jail or very minimal sentence. I do think the damage done to Nick and his family with would be quite damaging and irreversible. No child wants to see their parent to go to jail. Nick is a good man that many rely on him especially his family.

My name is Mary Jollotta. I am Nicholas Patrick Hendrix's mother. I raised Nicholas as a single mother with weekend visits to his father. We moved to Jackson New Hampshire from Portland Maine when he was in first grade. I wanted him to be raised with small town values and a true sense of community. He excelled in sports such as baseball, hockey, golf and skiing. The small town of Jackson really did open their arms with love and support for us. He graduated in 2005 and tried to go to college, but it was not for him. He wanted more and wanted to serve his Country as several men in the family did before him. The town and I continued to support him through all the years and stand up for Nicholas and still do. Nick was the home town hero as he had two back to back deployments in Iraq on the front lines as an Infantry man. He had great pride in his country and still does today.

Nick was overall a very caring and helpful child and teen, of course he had some rough patches throughout his life. Everyone does. I do know that Nick has learned from his mistakes and continues to try to improve upon them. Especially when it comes to his children. He is doing a fine job raising them. I am proud of him for the attention and love he gives them. I help with the children three to four days and week and see this first hand. He is a very hard worker and is willing to put in the travel and hours to provide for his family. He is their rock, and mine too. He is my only child.

Nick is a pipe fitter for the pipe fitters union with some welding experience. He has worked really hard to pass all the tests and make himself someone that is a contributing member of society. He is like me that he can't sit still and will find any job to support his family if there is a layoff with the union. It happens sometimes in between the next contract.

Nick has fully worked with all authorities regarding this matter. He has been truthful and has done everything asked of him. He has maintained a great job, He has passed every drug test. He has been clean and sober for four years this September. I have seen huge positive changes in him in the last four years. Nicholas needs his family a wife of eight years. Five kids, ages 24, 10, 8, 6 and 2. The older two of which are step sons that Nick has helped raise and loves him like they are his. They need him just as much as Nick needs them.

In closing I am a proud of the son I have raised. He is a good man, who loves his family and his country. He was caught up in the moment of Jan 6th. He entered the building for 78 seconds and did not do any harm to the building or anyone. Please consider going light on his sentencing. Maybe just probation or and ankle bracelet. The prisons are over packed and should be used for much more serious criminals. I fear for him and the children if he is incarcerated. I feel it will set them all up for a very hard future. Thank you for all your dedication and for fair justice to this situation. In God I pray.

Yours truly,

Mary Jollotta

6

9/12/22

Dear Judge Kollar-Kotelly,

This letter is in regards to the case of United States V. Hendrix.

Greetings, I hope this letter finds you well. My name is Troy R. Fogg and I am a friend and co-worker of Nicholas Hendrix. I have known Nick since 2015, we were in the same apprenticeship class for the United Association of Plumbers and Pipefitters Local Union 716. We have worked together on several different projects and jobsites as well as taken many of the same classes together at our Union Hall. We are both currently both Journeymen pipefitters in good standing with our Local.

Like Nick I also am a veteran, I served four years active duty and four years inactive reserves in the United States Marine Corps. I earned the rank of Sergeant (E-5), I also had one deployment to Afghanistan. Though we did not serve together in the same branch or same time, we have similar experiences and stories which has led to us becoming friends, not just co-workers.

Nick has shared with me his experiences with his time in the United States Army, particularly during his time spent deployed. He has stated that he suffers from PTSD and as a veteran myself I know that PTSD is a lifelong battle. I believe that his PTSD caused him to turn to various substances for help. I worked with Nick while he was under the influence of his substance abuse.

At first, I did not know he was using, I knew that times were hard for him and his family. In Maine we have experienced several months where there is little construction work to be done. Nick often would travel many miles from his wife and little children just to put food on their table. Nick had approached me on several occasions asking for some money, stating it was for food, diapers, baby wipes, etc. I without hesitation loaned him various amounts of money over time. It was not until later I learned he had borrowed money from others as well. Nick later understood that he had a problem and checked into a rehabilitation program. After Nick successfully completed his program and returned to work, overtime he repaid his debt in full to myself and all the others. Since then, Nick has been clean and sober and has never asked to borrow money. Not only does he work fulltime in the Union, he has held several part-time jobs to repay he debts and to ensure he provides a great life for his wife and children. Nick is a hands-on involved parent with his children, bringing them to daycare and school over the years as well as being involved with his daughters Girl Scouts.

It is my honest belief that Nicholas Hendrix is a good person. He has great work ethic, loyal to his friends and family, an overall joy to be around. I enjoy working with Nick he makes the day better just by being himself. Not that he would ever ask, but I would loan him money any day of the week because he would do the same for me without question. He always asks about my family and how I am doing with life. He is a selfless man that would go to great lengths to help a friend in need. I am lucky to have met and worked along side a wonderful person. I hope this letter gives you a glimpse of what myself and many others see in him. Thank you for taking the time and effort to read this letter.


Respectfully,

Troy R. Fogg

7

August 23, 2022


RE: United States v. Hendrix


Dear Judge Kollar-Kotelly,


My name is Debra Harmon.  I'm a longtime friend of Nicholas Hendrix.  Nick was in school with my two sons and also in my Cub Scout Den.  As a young boy Nick was very much into sports and played all of his school years.  When I heard he had enlisted in the Army I wasn't surprised.   Being an only child, Nick seemed to flourish in a "team" environment.  Unfortunately Nick has PTSD and hearing loss from his time in the service.  He also lost his father which was very hard on him.

I found out that Nick had a substance abuse problem from his mother.   I did not see it firsthand.   I was glad to hear he went to rehab and is now drug free.  My youngest son also had a substance abuse problem.  He reached out to Nick because he needed someone to talk.  Nick drove to New Hampshire that night to support my son and tell him about his time in rehab.  My son was grateful and relieved to hear of Nick's positive experience.  It helped him seek help which I am also grateful for.

Though I don't have a lot of interaction with Nick I do see his daughters when his mother brings them to New Hampshire.  They both lover their father very much and talk about their home life with smiles.  Nick is a good man who can get "caught up" in the moment.


Sincerely,

Debra Harmon

G. P. Savidge, MD
Michael Trueworthy, CNP
LaTonya Carroll, DNP, APRN


650 Main Street, Suite 213
South Portland, Maine 04106

TEL 207-835_6098, 207-530-0890,
FAX: 207-835-6097


Date: 7/16/22
To Judge Colleen Kollar-Kotelly

Judge Kotelly thank you for the time reading this testimony. We have known Nicholas Hendrix          1987) for the past 18 months to 2 years. He has been a exemplary patient to this clinic. Shows up early always clean with a positive attitude. We are in the business of 2nd chances. Everyone makes mistakes and yes shound pay for them. We have seen where his lapse of judgement should be a area of learning as his past substance abusewas.  We can only hope that the judicial system might take this into account to give him another chance to keep his changed life going in ther right direction.


LaTonya Carroll DNP


George Paul Savidge MD

9

To whom it may concern

My name is William F. Wendt II, and I am writing in regards to Nicholas Hendrix.  I worked as the Safety Advocate on a job in Northern Maine that Nick was working on.   Although the job was less than six months long, I feel like I got to know many of the guys on the crew quite well, Nick being one of them. As I had seen of him, Nick was a dedicated, hard-working individual trying to make a decent wage to support his family.  Nick was always on time and never missed any scheduled work as I am aware of, and willing to give others a hand even when it wasn't in his scope of work to be done.  I spent time with him outside of the jobsite as well, stopping once a week with him and a couple other employees for dinner.  I was very impressed with how proud Nick was of his sobriety, even though others around him were having alcoholic beverages.  It is in my opinion that this had much to do with setting a good example to his family and children.  In conclusion, I wholeheartedly believe Nicholas is a goodhearted person who may have made a poor judgement call, and will be an asset to society after the resolution of this case.


Sincerely, William F. Wendt II.

August 29, 2022


Judge Colleen Kollar-Kotelly

Re: United States vs Nicholas Hendrix 1:21-cr-426-CKK


Dear Judge Kollar- Kotelly,


I am writing on behalf of Nicholas Hendrix to let you know how much I believe that Nicholas is an honest, hard working member of society and of all the positive traits this man possesses.

I came to know Nick once I met his mother Mary approximately 20 years ago. Nick was a young man then who soon thereafter entered the military. I wrote letters to Nick while deployed and prayed for his safe return from Iraq. I know his mother was distressed, yet proud, when he signed on for a second dangerous deployment.

I have seen Nick build an incredibly productive life since leaving the military. He married nine years ago and became an active stepfather to two children. He has since become the biological father to three more. He maintains ongoing employment as a member of the pipe fitter's union, supporting his family and creating a nice homelife for them in Maine. Nick has always sought to overcome whatever obstacles he faced and work hard for himself and his loved ones.

I don't know how many specifics to share that may provide more insight into Nicholas' character. I merely wanted to write to let you know that he is the kind of person I would trust in if I needed help, and he would be there without question. In this small way, I am trying to be there for him as he needs now in court.


Sincerely,


Bethany L. Cook

Dear Judge Kollar-Kotelly,                                    U.S. vs Nicholas Hendrix

My name is Denise Mercier and I am writing to you regarding Nicholas Hendrix.  I have been a family friend for over 20 years and have found Nicholas to be a champion with dealing with the challenges that life has given him.  I personally am a Christian woman who has prayed with Nicholas's family over the many challenges that he has overcome.

As a young adult, Nicholas decided to join the military to try and bring  his life to a place that would bring honor to his family and most importantly himself.  When he was deployed, all that love him and his family prayed that God would take care of Nicholas and help him to understand his role in life as not only a Soldier but also as a father, a son, a husband and a friend.  Well, that is exactly what happened to him.  He came home ready to live his life but the trials of the war did to him as to so many others, it broke him a bit which led him to drinking and suffering from PTSD.  I am thrilled that Nicholas has been sober for 4 years and has a wonderful family life.

When he went to DC on January 6th, he went with a heavy heart, knowing that he needed to be there for his country.  What he did not expect was what happened once he got there.  Once he entered the building he quickly realized it was not where he should be and he left.  He has had much remorse over entering a building that as he has said, represents the country that he fought so hard for that he learned to honor and respect.  This choice has taken a huge toll on him and he has stayed true to himself during it all. He has a great job, in which his boss knows he can always count on him, he has a wonderful family with 3 adorable children and a wife who has been by his side throughout this whole time.  I can not even mention his mother, Mary who is his campion, has been there for him in every way possible.

Nicholas is a strong man today, due to his commitment to our country and his family.  I pray that this letter helps you to see that yes a humans we all make mistakes, and some of us even admit to them and except the consequences but some of us are harmless and feel like protecting our country at all costs, which in this case led to a terrible choice.

Thank you for your time,

Denise Mercier



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

SPECIALIST NICHOLAS P. HENDRIX

TO   ALPHA COMPANY, 3RD BATTALION, 4TH INFANTRY REGIMENT

FOR EXCEPTIONALLY MERITORIOUS SERVICE WHILE ASSIGNED AS A SAW GUNNER. SPC HENDRIX'S OUTSTANDING DEDICATION TO DUTY, SELFLESS SERVICE, AND PROFESSIONALISM CONTRIBUTED TO THE OVERWHELMING SUCCESS OF THE COMMAND'S MISSION. HIS SERVICE IS IN KEEPING WITH THE HIGHEST MILITARY STANDARDS, AND REFLECTS GREAT CREDIT UPON HIM, 3RD BATTALION, 4TH INFANTRY REGIMENT, AND THE UNITED STATES ARMY.

FROM 11 OCTOBER 2006 TO 07 SEPTEMBER 2009

PO # 335-001 01 DEC 2009
HQ, 3rd BN, 4th IN
APO AE  09034

DANIEL F. KELLEY
LTC, IN
Commanding

DA FORM 4980-18, NOV 97

13



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

**SPECIALIST NICHOLAS P. HENDRIX**
**ALPHA COMPANY**
**2ND BATTALION, 6TH INFANTRY REGIMENT, 2ND BRIGADE COMBAT TEAM**

FOR   MERITORIOUS SERVICE AS A TEAM LEADER.   YOUR OUTSTANDING PERFORMANCE OF
DUTY WHILE DEPLOYED IN SUPPORT OF OPERATION IRAQI FREEDOM FISCAL YEAR 2008 WAS
INSTRUMENTAL TO THE OVERALL SUCCESS OF THE TASK FORCE.   YOUR DEDICATION TO DUTY
AND PERSONAL COURAGE REFLECT GREAT CREDIT UPON YOU, TASK FORCE GATORS, THE 2ND
BRIGADE COMBAT TEAM, 1ST ARMORED DIVISION, AND THE UNITED STATES ARMY.

FROM: 6 APRIL 2008 TO 6 JUNE 2009



**PERMANENT ORDER #080-023**
**HQ, 2nd Brigade, 1st Armored Division**
**APO AE  09322**

**ROBERT P. WHITE**
**Colonel, AR**
**Commanding**

DA FORM 4980-14, NOV 97

# Honorable Discharge



from the Armed Forces of the United States of America

*This is to certify that*

NICHOLAS PATRICK HENDRIX    SPC    USAR

*was Honorably Discharged from the*

# United States Army

*on the* 28TH *day of* JANUARY 2014 *This certificate is awarded
as a testimonial of Honest and Faithful Service*

RICHARD P. MUSTION
MAJOR GENERAL, USA
COMMANDING

DD FORM NO. 256A 1 MAY 50

15

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| HENDRIX, NICHOLAS PATRICK | ARMY/RA | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SPC | E04 | | 20140123 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PORTLAND, MAINE | MAINE 04106-0000 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 020006INCO A E5 | BAUMHOLDER TC, GE, APO AE 09034 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (REINF) 1 RESERVE WAY, ST LOUIS, MO 63132 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 11B1O INFANTRYMAN - 3 YRS 3 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2006 | 01 | 31 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 09 | 07 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 07 | 07 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0003 | 02 | 19 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMY COMMENDATION MEDAL//MERITORIOUS UNIT COMMENDATION//ARMY GOOD CONDUCT MEDAL// NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//ARMY SERVICE RIBBON// OVERSEAS SERVICE RIBBON (2ND AWARD)//COMBAT INFANTRYMAN BADGE//DRIVER//CONT IN BLOCK 18 | COMBAT LIFE SAVERS CRS, 1 WEEK, 2007// INFANTRYMAN COURSE, 19 WEEKS, 2006//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X | YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS
SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20060124-20060130//RETAINED IN SERVICE 106 DAYS FOR THE CONVENIENCE OF THE GOVERNMENT PER UP 10.USC 12105//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20060715-20061115//SERVICE IN IRAQ 20080406-20090521//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: AND MECHANIC BADGE W/DRIVER-WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS

*True copy of service record on file.*
*Veterans Services, State of Maine*
*Date: 12/17/14*

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| MAINE 04106-0000 | MARY S JOLLOTTA NEW HAMPSHIRE 03812 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | ME | DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| DIGITALLY SIGNED BY: HENDRIX.NICHOLAS.PATRICK.1287825893 | DIGITALLY SIGNED BY: BEATTY.GARY.SANDERS.1117805669 GARY S BEATTY, SR TRANSITION SPECIALIST |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY |
|---|---|
| NONE | (Initials) NPH | 16 |

DD FORM 214-AUTOMATED, FEB 2000   PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC   STATE DIRECTOR OF VETERANS AFFAIRS



**Department of Veterans Affairs**

PO BOX 4444
JANESVILLE WI 53547-4444

February 10, 2021

Veteran's Name:
Hendrix, Nicholas, Patrick

#    000025887          I=0000

25887 1 AV 0.395
NICHOLAS P HENDRIX

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Army, Honorable, 31-Jan-2006 - 07-Sep-2009

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  80 PERCENT
The effective date of the last change to your current award was:  01-DEC-2020
Your current monthly award amount is:  :

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.custhelp.va.gov/.

Sincerely yours,

Regional Office Director

Enclosure(s):  What Things Affect Your Rights To Payment

NE201221
17

# STATE OF MAINE
## *Certificate of Apprenticeship*

*Whereas,* on the certification of the Sponsor **Plumbers and Pipefitters UA Local 716** of Augusta, Maine

## Nicholas Hendrix
### Rapids Registration Number: ME16N001955

has diligently and satisfactorily served as apprentice in accordance with standards approved by the *Maine Apprenticeship Program* and has completed the practical training and required courses of study prescribed for

## Pipefitter

*Now therefore, the Maine Department of Labor* by its duly authorized officers, hereby grants this certificate which qualifies **Nicholas Hendrix** as a **Journey Level Pipefitter** on **October 21, 2020**

**Maine Department of Labor**
Augusta, Maine

**Joan M. Dolan**
Director of Apprenticeship

**Plumbers and Pipefitters UA Local 716**
Augusta, Maine

**Jennifer McKenna**
Training Director

**Nick pulling control wires through underground conduit by his feet**



**PVC pipe manifolds Nick fabricated at the job site**





New pipe Nick helped install



Pipes and control valves Nick helped install



Multi-story pipe Nick worked on cutting and installing



Job site pipe installation



Pipes with pumps and controls Nick installed



Large interior pipe Nick is installing

**Nick with his three youngest children**










**Nick with Heather and the three youngest children**




