UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:21-cr-00426 (CKK) |
| | : | |
| NICHOLAS P. HENDRIX, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are:

| Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 1 | Exhibit 1_ Walk along Capitol IMG_0945.mov | Defendant Hendrix's cellular phone | 32 second video showing walk alongside U.S. Capitol |
| 2 | Exhibit 2_ Approaching Capitol Steps-IMG_0964.mov | Defendant Hendrix's cellular phone | 16 second video showing approach to the Capitol's East Front |
| 3 | Exhibit 3_ Arrival At Capitol Steps Top-IMG_0969.mov | Defendant Hendrix's cellular phone | 20 second video from the top of the Capitol steps |
| 4 | Exhibit 4_ USCP Closing Door-Rotunda Door Interior-2021-01-06_15h09min00s000ms.afs | U.S. Capitol Police surveillance footage | 2 minute recording of U.S. Capitol Police closing entrance |

1

| 5 | Exhibit 5_ Exiting Crowd-IMG_0970.mov | Defendant Hendrix's cellular phone | 32 second video of crowd exiting through East Front door |
| --- | --- | --- | --- |
| 6 | Exhibit 6 _Hendrix Entry(Cellphone)-IMG_0971.mov | Defendant Hendrix's cellular phone | 5 minute 1 second video recorded as Defendant Hendrix enters the U.S. Capitol |
| 7 | Exhibit 7_ Hendrix Entry (USCP Camera)USCS 02 Rotunda Door Interior-2021-01-06_15h15min00s000ms.asf | U.S. Capitol Police surveillance footage | 2 minute surveillance video of Defendant Hendrix entering the Capitol |
| 8 | Exhibit 8_ Second Approach (Cellphone)-IMG_0979.mov | Defendant Hendrix's cellular phone | 9 minute 4 second video recorded as Defendant Hendrix returns to entrance |
| 9 | Exhibit 9_ Second Approach (USCP Camera) USCS 02 Rotunda Door Interior-2021-01-06_15h34min00s000ms | U.S. Capitol Police surveillance footage | 8 minute 59 second surveillance video of Defendant Hendrix's return to entrance |

The Government does not object to the public release of the above-listed video recordings.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Karen Rochlin*
KAREN ROCHLIN
Assistant United States Attorney

2

                    D.C. Bar No. 394447
                    Detailee
                    U.S. Attorney's Office
                    99 N.E. 4th Street
                    Miami, Florida 33132
                    (786) 972-9045
                    Karen.Rochlin@usdoj.gov