UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00426 (CKK) |
| | : | |
| NICHOLAS P. HENDRIX, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO APPLICATION FOR ACCESS TO VIDEO EXHIBITS BY PRESS COALITION

The United States of America respectfully responds as follows to the Press Coalition's Application for access to video exhibits offered in connection with defendant Hendrix's sentencing hearing. Those exhibits consist of the following:

| Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1_ Walk along Capitol IMG_0945.mov | Defendant Hendrix's cellular phone | 32 second video showing walk alongside U.S. Capitol |
| 2 | Exhibit 2_ Approaching Capitol Steps-IMG_0964.mov | Defendant Hendrix's cellular phone | 16 second video showing approach to the Capitol's East Front |
| 3 | Exhibit 3_ Arrival At Capitol Steps Top-IMG_0969.mov | Defendant Hendrix's cellular phone | 20 second video from the top of the Capitol steps |
| 4 | Exhibit 4_ USCP Closing Door-Rotunda Door Interior-2021-01-06_15h09min00s000ms.afs | U.S. Capitol Police surveillance footage | 2 minute recording of U.S. Capitol Police closing entrance |

| | | | |
|---|---|---|---|
| 5 | Exhibit 5_ Exiting Crowd-IMG_0970.mov | Defendant Hendrix's cellular phone | 32 second video of crowd exiting through East Front door |
| 6 | Exhibit 6_Hendrix Entry(Cellphone)-IMG_0971.mov | Defendant Hendrix's cellular phone | 5 minute 1 second video recorded as Defendant Hendrix enters the U.S. Capitol |
| 7 | Exhibit 7_ Hendrix Entry (USCP Camera)USCS 02 Rotunda Door Interior-2021-01-06_15h15min00s000ms.asf | U.S. Capitol Police surveillance footage | 2 minute surveillance video of Defendant Hendrix entering the Capitol |
| 8 | Exhibit 8_ Second Approach (Cellphone)-IMG_0979.mov | Defendant Hendrix's cellular phone | 9 minute 4 second video recorded as Defendant Hendrix returns to entrance |
| 9 | Exhibit 9_ Second Approach (USCP Camera) USCS 02 Rotunda Door Interior-2021-01-06_15h34min00s000ms | U.S. Capitol Police surveillance footage | 8 minute 59 second surveillance video of Defendant Hendrix's return to entrance |

In its previously filed Notice of Video Exhibits Provided For Sentencing, ECF 43, the United States advised that it did not object to the public release of the above-listed video recordings. Upon entry of an order from this Court granting the Press Coalition's application, the United States will not object to providing access to the exhibits through the drop box previously established for that purpose in cases arising from the January 6, 2021 attack on the U.S. Capitol.

Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

By:     /s/ *Karen Rochlin*
                        KAREN ROCHLIN
                        Assistant United States Attorney
                        D.C. Bar No. 394447
                        Detailee
                        U.S. Attorney's Office
                        99 N.E. 4th Street
                        Miami, Florida 33132
                        (786) 972-9045
                        Karen.Rochlin@usdoj.gov