UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

NICHOLAS P. HENDRIX,

   Defendant.

Criminal No.  21-426 (CKK)

## ORDER

     Pending before this Court is the Press Coalition's [53] Application for Access to Video Exhibits. On October 30, 2023, this Court ordered that the Government and Defendant should indicate by noon on November 1, 2023, whether they have any objections to this application.  In his [54] Response, Defendant indicated that the Government should not be required to make the video exhibits available via a "drop box" electronic account because this was a "unique remedy born of the COVID pandemic," that is no longer necessary or applicable as the exhibits are available to the public through the Clerk's Office.  *See generally* Defendant's Response, ECF No. 54.   In its [55] Response, the Government references a "previously filed Notice of Video Exhibits Provided for Sentencing, ECF 43 [in this case]," whereby it "advised that it did not object to the public release of the [ ] video recordings."  Government Response, ECF No. 55, at 2. Furthermore, the Government indicates that it does not object to providing access to the exhibits through the previously established drop box.  Accordingly, it is this 1st day of November 2023,

     ORDERED that the Press Coalition's [53] Application for Access to Video Exhibits is GRANTED. The Government shall make the videos referenced in its Response available to applicants through the drop box previously established for that purpose.  The applicant shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

                                                    _____/s/_____
                                                    COLLEEN KOLLAR-KOTELLY
                                                    UNITED STATES DISTRICT JUDGE