UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **DOCKET NO. 1:21-cr-426-CKK** |
| | ) | |
| **NICHOLAS P. HENDRIX** | ) | |

**DEFENSE RESPONSE TO MINUTE ORDER OF APRIL 19, 2023**

Now comes Nicholas Hendrix by counsel and responds to the Court's Minute Order of April 19, 2023 as follows:

The defense expects the April 24, 2024 hearing to be only a resentencing hearing as required by *Little*. It is our understanding the Government takes the same position.

The defense notes that on December 22, 2023, at the request of counsel, the Court vacated the revocation hearing date, scheduling a status conference. The status conference resulted in a timeline for a sentencing hearing which included an updated presentence report, and sentencing memorandum from the parties. (ECF## 59, 60 and 61).

Counsel and the defendant have made travel plans to appear before the court for a sentencing hearing on Wednesday, April 24, 2024 at 10 a.m.

1

DATE: April 22, 2024                                /s/ *David Beneman*
                                                    David Beneman
                                                    Attorney for Nicholas Hendrix

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070 ext. 6921
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Nicholas Hendrix**, hereby certify that I have served, electronically, a copy of the **within "DEFENSE RESPONSE TO MINUTE ORDER OF APRIL 19, 2023"** upon **Karen Rochlin**, Assistant United States Attorney, United States Attorney's Office, Miami, FL and all counsel of record via the ECF system.

                                                    /s/ *David Beneman*
                                                    David Beneman

DATE: April 22, 2024

CC: Nicholas Hendrix