UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00426 (CKK) |
| | : | |
| NICHOLAS P. HENDRIX, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO THIS COURT'S
ORDER FOR THE PARTIES TO INDICATE A POSITION
ON THE NATURE OF THE HEARING SET FOR APRIL 24, 2024

The United States of America respectfully responds to this Court's April 19, 2024 Minute Order as follows:

The above-captioned case is currently scheduled for resentencing as required by *United States v. Little*, 78 F.4th 453 (D.C. Cir. 2023) on April 24, 2024. *See* December 22, 2023 Minute Order (vacating revocation hearing previously set for January 9, 2024); January 9, 2024 Minute Order (setting re-sentencing for April 24, 2024).

The undersigned had previously advised opposing counsel of its belief that the April 24, 2024 hearing would be a re-sentencing hearing. In response to this Court's order, and following continuing assessment of the impact of the ruling in *Little*, the view of the United States is that this Court can conduct a revocation hearing based on the defendant's violation of a condition of probation followed by the re-sentencing continued by *Little*, or the Court can conduct just .the *Little* re-sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Karen Rochlin*
KAREN ROCHLIN

Assistant United States Attorney
D.C. Bar No. 394447
Detailee
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov